No. 00–5988. LASKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–5993. WOODS *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–6015. ANTONIO-RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6018. LEGER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6030. SMITH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–6032. SMITH *v.* MCCULLOUGH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–6052. LARA-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6055. FRANKLIN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00–6058. NELSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6059. GALLAGHER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–6063. HOBBS *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 00–6066. FUQUA *v.* MUELLER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–6068. GIL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6081. SWAIN *v.* KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–6089. MAZZOTTA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6100. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.